UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MBELE LOURI LUCAS BEDOS,<br><br>               Petitioner,<br><br>   v.<br><br>A. NEIL CLARK,<br><br>               Respondent. | CASE NO.  C07-1968-MJP-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Petition for Writ of Habeas Corpus, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkts. 8 and 18, Motion, Dkt. 16, and Motion for Voluntary Departure, Dkt. 17, are DENIED;

(3) Respondent's Motion to Dismiss, Dkt. 12, is GRANTED;

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 20th day of May, 2008.

Marsha J. Pechman
U.S. District Judge

ORDER